<u>REQUEST FOR COURT ACTION / DIRECTION</u>

**08 CRIM 642**

TO:    <u>Jim Molinelli</u>
          Docket Clerk

OFFENSE: <u>Counts 1-7:Conspiracy to Possess with intent to Distribute Cocaine Base (21 USC 846), a Class A felony; Distribute Cocaine Base (21 USC 841 (a)(1); Possess with Intent to Distribute Cocaine Base 21 USC 841 (a)(1);Possess with Intent to Distribute Cocaine Base 21 USC 841 (a)(1); Carry a firearm in Relation to a Drug Trafficking Crime (18 USC 924 (c)(1); Possess a Firearm with an Obliterated Serial number (18 USC 922(k)).</u>

ORIGINAL SENTENCE: <u>Two hundred and eleven (211) Months Imprisonment followed by a Five (5)Year Term of Supervised Release</u>
REDUCE SENTENCE: <u>One hundred and eighty-one (181)months imprisonment.</u>

FROM:  <u>George Olivares</u>
          U.S. Probation Officer

SPEC. CONDITIONS:  <u>$300 Special Assessment Fee. $3,000 Fine. The defendant shall submit his/her person, residence, office or vehicle to a SEARCH, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition. The defendant will participate in a program approved by the United States Probation Office for SUBSTANCE ABUSE, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol. The Court authorizes the release of available drug treatment evaluations and reports to the substance abuse treatment provider, as approved by the Probation Officer. The defendant will be required to contribute to the costs of services rendered (co payment) in an amount to be determined by the probation officer, based on ability to pay or availability of third-party payment.</u>



AUSA: Karen B. Peters

RE:    <u>Anthony Williamson</u>
         Docket #94-00037-0002-R

ORIGINAL DATE OF SENTENCE:  <u>04/21/95</u>
SENTENCE REDUCTION DATE:   <u>03/28/08</u>

DATE:   July 9, 2008

ATTACHMENTS:    JUDGMENT <u>X</u>

## **ASSIGNMENT FOR TRANSFER OF JURISDICTION**

On April 21, 1995, the above-mentioned individual was sentenced as outlined above in the Western District of Virginia, by the Honorable Samuel G. Wilson, U.S. District Judge.

On June 10, 2008, we received a letter from the Western District of Virginia,, advising that the Honorable Samuel G. Wilson, U.S. District Judge, signed the Transfer of Jurisdiction Probation Form 22 ordering Mr. Williamson's transfer to the Southern District of New York. At this time we are requesting that this case be assigned to the Judge in the Southern District of New York for acceptance of transfer of jurisdiction.

Enclosed are two (2) original forms of the Transfer of Jurisdiction Probation Form 22. Upon completion, please return both original Forms 22 as they are required for both districts to complete the transfer.

Your assistance in this matter is greatly appreciated. Should you have any questions or concerns, please contact the undersigned officer.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

George Olivares
U.S. Probation Officer
212-805-5133